### Steven A. COX, Jeanne M. Freeman and Patricia M. Mayer, Statutory Trustees of H.W. Freeman Construction Company, Inc., an Administratively Dissolved Missouri Corporation, Plaintiffs/Appellants,

v.

### WEST ELM PLACE CORPORATION, A Missouri Corporation, Defendant/Respondent.

No. 70114.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 29, 1996.

Christopher J. Doskocil, Sunset Hills, for plaintiffs/appellants.

Jerome J. Duff, St. Louis, for defendant/respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

### ORDER

PER CURIAM.

The statutory trustees of H.W. Freeman Company, Inc. appeal from the dismissal of their breach of fiduciary duties suit against West Elm Place Corporation for lack of subject matter jurisdiction. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).